IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:92-cr-01005-MP

PATRICK LEE FRANK,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 100, Sealed Letter from Warden Robert E. McFadden containing a Risk Assessment Review of Defendant.  A telephone hearing was held on the matter on Wednesday, January 4, 2006.  During the hearing, it became clear that an evidentiary hearing is necessary regarding the Risk Assessment Report prepared on Mr. Frank.  Accordingly, a hearing on the matter is hereby scheduled for Thursday, March 31, 2006, at 9:30 a.m.  The Defendant's presence is required at this hearing.  The Clerk is directed to forward a copy of this order to the office of the U.S. Marshall.

    **DONE AND ORDERED** this   *5th* day of January, 2006

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge