IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:92-cr-01005-MP

PATRICK LEE FRANK,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 110, Motion to Continue Hearing by Patrick Lee Frank. In his motion, defendant seeks to continue the hearing presently scheduled for May 23, 2006 because the video-conferencing technician will be out on annual leave the entire week of May 22, 2006. The Government does not oppose the motion. Accordingly, the motion is granted. The hearing presently set for May 23, 2006 is cancelled and is hereby reset for Tuesday, June 20, 2006, at 1:00 p.m.

**DONE AND ORDERED** this __16th__ day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge