IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:92-cr-01005-MP

PATRICK LEE FRANK,

    Defendant.

_____/

**O R D E R**

On Tuesday, June 20, 2006, a hearing was held in this court regarding a recent letter received from Warden Robert McFadden on the status of Patrick Lee Frank. During the hearing, the court heard testimony from Dwayne Walker and Dr. Carlos Tomelleri, two individuals who were on Mr. Frank's Risk Assessment Review Panel. After hearing the testimony, it appears that Mr. Frank's "conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another." 18 U.S.C. § 4243(f)(2). However, while Mr. Frank has met the criteria for conditional release, a suitable facility in which to place Mr. Frank continues to elude the court. Accordingly, Mr. Franks appointed counsel, Thomas Miller, along with United States Probation Office, will continue to search for suitable placement facilities for the court to consider. Once a suitable accommodation is found, the court will rehear this issue.

Pending this discovery, in Mr. Frank's best interest, the court hereby orders the United States Marshal's Office to return Mr. Frank to the United States Medical Center in Springfield, Missouri, so that he may continue to receive proper treatment.

**DONE AND ORDERED** this   *22nd* day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge