IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:92-cr-01005-MMP

PATRICK LEE FRANK,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 119, Motion for Clarification of Issues, filed by Defendant Patrick Lee Frank.  A telephone status conference as to the conditional release of Defendant Frank was held on Friday, July 13, 2007.  During the conference, the Government objected to any release of the Defendant, and a hearing on this issue was ordered.  In his motion, Defendant Frank requests clarification of the issues that will be addressed at the hearing so that his counsel can adequately prepare.  The Court advises Defendant that the only issues to be heard and decided are the suitability of the proposed facility and the conditions of Defendant's release.  Accordingly, a hearing on this matter is hereby set for Thursday, August 30, 2007, at 1:30 p.m.

    **DONE AND ORDERED** this _26th_ day of July, 2007

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge